# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murtha, J. Garvan | U.S. District Court - Vermont | 11/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 1/1/2017<br>to<br>10/2/2017 |

**7. Chambers or Office Address**

United States District Court
P.O. Box 760
Brattleboro, VT 05302-0760

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Beneficiary | Trust #1 |
| 2. | Beneficiary | Trust #3 |
| 3. | Trustee | Trust #4 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Amazon Stock | A | Dividend | J | T | | | | | |
| 2. Appian Cord Stock | | None | J | T | Buy | 06/06/17 | J | | |
| 3. Atlassian Corp. Stock | | None | J | T | | | | | |
| 4. Bank of the Islands Account | A | Interest | J | T | | | | | |
| 5. Consumer Discretionary SPDR Fund | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 6. DWA Tech Leaders Fund | A | Dividend | K | T | Buy | 01/19/17 | K | | |
| 7. First Trust Consumer Fund | A | Dividend | J | T | | | | | |
| 8. First Trust Cloud Fund | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 9. First Trust Exchange Fund | A | Dividend | K | T | | | | | |
| 10. Guggenheim S&P 500 Fund | A | Dividend | K | T | | | | | |
| 11. Healthcare Select SPDR Fund | A | Dividend | K | T | Buy | 01/19/17 | K | | |
| 12. iShares Barclays 7-10 Yr Treas. Bond | A | Interest | K | T | | | | | |
| 13. iShares Core U.S. Fund | A | Interest | K | T | | | | | |
| 14. iShares Edge MSCI Fund | B | Dividend | K | T | | | | | |
| 15. iShares Iboxx Fund | A | Dividend | J | T | | | | | |
| 16. iShares MBS ETF Fund | A | Interest | J | T | Buy | 01/19/17 | J | | |
| 17. iShares MSCI All Country Fund | A | Dividend | J | T | Buy | 06/28/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Nasdaq Bio Tech Fund | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 19. iShares S&P Latin America Fund | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 20. iShares Select Fund | A | Dividend | K | T | | | | | |
| 21. iShares Tips Fund | A | Interest | J | T | Buy | 01/19/17 | J | | |
| 22. iShares U.S. Home Fund | A | Dividend | J | T | | | | | |
| 23. iShares 3-7 Year Fund | A | Interest | J | T | Buy | 01/19/17 | J | | |
| 24. ML Bank Deposit Account | A | Interest | J | T | | | | | |
| 25. Nuveen High Yield Fund | A | Interest | | | Sold | 03/08/17 | K | A | |
| 26. Nvidia Stock | A | Dividend | J | T | | | | | |
| 27. PowerShares EM Sovereign | A | Interest | J | T | Buy | 01/19/17 | J | | |
| 28. PowerShares QQQ Trust Fund | A | Dividend | K | T | | | | | |
| 29. PowerShares Preferred Fund | A | Interest | J | T | Buy | 01/19/17 | J | | |
| 30. Salesforce Com Stock | | None | J | T | | | | | |
| 31. Sector SPDR Energy Fund | A | Dividend | | | Sold | 08/11/17 | J | A | |
| 32. SPDR U.S. Financial Sector Fund | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 33. SPDR Nuveen Barclay's Bond Fund | A | Interest | | | Sold | 03/08/17 | J | | |
| 34. SPDR Nuveen Bloomberg Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR US Dividend Aristocrats Fund | A | Dividend | | | Sold | 03/08/17 | J | | |
| 36. Thornburg Global Fund | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 37. Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 38. Vanguard Financial Fund | A | Dividend | J | T | | | | | |
| 39. Vanguard Industrial Fund | A | Dividend | K | T | | | | | |
| 40. Vanguard Information Fund | A | Dividend | K | T | Buy | 01/19/17 | K | | |
| 41. Vanguard Interm-Term Fund | A | Interest | K | T | | | | | |
| 42. Vanguard Short Term Bond Fund | A | Interest | K | T | Buy | 01/19/17 | K | | |
| 43. Vanguard Total Stk Fund | A | Dividend | K | T | | | | | |
| 44. Merchants Bank Accounts | A | Interest | K | T | | | | | |
| 45. Brattleboro Tennis Club, VT Stock | | None | J | W | | | | | |
| 46. Trust #4 | | | | | | | | | |
| 47. - Alphabet, Inc. Stock | | None | K | T | | | | | |
| 48. - Apple Stock | C | Dividend | M | T | | | | | |
| 49. - AT&T Stock | C | Dividend | L | T | | | | | |
| 50. - Automatic Data Processing Stock | B | Dividend | L | T | | | | | |
| 51. - Berkshire Hathaway, Inc. Stock | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Caterpillar Stock | D | Dividend | M | T | | | | | |
| 53.  - Coca Cola Stock | B | Dividend | L | T | | | | | |
| 54.  - CSX Corp. Stock | C | Dividend | M | T | | | | | |
| 55.  - Disney Stock | B | Dividend | M | T | | | | | |
| 56.  - Exxon Mobil Stock | D | Dividend | M | T | | | | | |
| 57.  - Home Depot Stock | B | Dividend | M | T | | | | | |
| 58.  - iShares Midcap Fund | A | Dividend | K | T | | | | | |
| 59.  - Johnson & Johnson Stock | B | Dividend | L | T | | | | | |
| 60.  - McKesson Corp. Stock | A | Dividend | K | T | | | | | |
| 61.  - Microsoft Stock | B | Dividend | L | T | | | | | |
| 62.  - Morgan J.P. Chase Stock | C | Dividend | M | T | | | | | |
| 63.  - Nextera Energy Stock | B | Dividend | L | T | | | | | |
| 64.  - Northern Trust Gov't Fund | A | Interest | K | T | | | | | |
| 65.  - Novartis Stock | B | Dividend | K | T | | | | | |
| 66.  - Oppenheimer Development Fund | A | Dividend | K | T | | | | | |
| 67.  - Procter & Gamble Stock | B | Dividend | L | T | | | | | |
| 68.  - Royal Dutch Shell Stock | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Starbucks Stock | A | Dividend | L | T | | | | | |
| 70. - Teva Pharmaceutical Stock | B | Dividend | | | Sold | 04/11/17 | K | D | |
| 71. - United Technologies Stock | C | Dividend | M | T | | | | | |
| 72. - Vanguard Short Term Exempt Fund | A | Dividend | L | T | | | | | |
| 73. Trust Company of VT - IRA | | | | | | | | | |
| 74. - 3M Stock | A | Dividend | J | T | | | | | |
| 75. - AbbVie Stock | A | Dividend | J | T | | | | | |
| 76. - Accenture Ltd. Stock | A | Dividend | J | T | | | | | |
| 77. - Air Products & Chemical Stock | A | Dividend | J | T | | | | | |
| 78. - Alphabet, Inc. Stock | | None | J | T | | | | | |
| 79. - Apache Corp. Stock | A | Dividend | J | T | | | | | |
| 80. - Apple Stock | A | Dividend | J | T | | | | | |
| 81. - Applied Materials Stock | A | Dividend | J | T | | | | | |
| 82. - Atmos Energy Stock | A | Dividend | J | T | | | | | |
| 83. - Berkshire Hathaway Stock | | None | J | T | | | | | |
| 84. - Bristol Myers Squibb Stock | A | Dividend | J | T | | | | | |
| 85. - Colgate Palmolive Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Emerson Electric Stock | A | Dividend | J | T | | | | | |
| 87. - Fastenal Stock | A | Dividend | J | T | | | | | |
| 88. - HCP Stock | A | Dividend | J | T | | | | | |
| 89. - Illinois Tool Wks Stock | A | Dividend | J | T | | | | | |
| 90. - iShare Midcap Fund | A | Dividend | J | T | | | | | |
| 91. - iShare Small Cap Fund | A | Dividend | J | T | | | | | |
| 92. - Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 93. - Johnson Controls Stock | A | Dividend | J | T | | | | | |
| 94. - Matthews Asian Fund | A | Dividend | J | T | | | | | |
| 95. - National Oilwell Varco Stock | A | Dividend | J | T | | | | | |
| 96. - Nestle Stock | A | Dividend | J | T | | | | | |
| 97. - Northern Trust Gov't Select Fund | B | Interest | J | T | | | | | |
| 98. - Novartis Stock | A | Dividend | J | T | | | | | |
| 99. - Pepsico, Inc. Stock | A | Dividend | J | T | | | | | |
| 100. - PIMCO Emerging Bond Fund | A | Interest | J | T | | | | | |
| 101. - PIMCO Short Term Inst'l Fund | A | Interest | J | T | | | | | |
| 102. - Qualcom Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Southern Co. Stock | A | Dividend | J | T | | | | | |
| 104. - Spectra Energy Stock | A | Dividend | J | T | | | | | |
| 105. - Target Corp. Stock | A | Dividend | J | T | | | | | |
| 106. - Teva Pharma Stock | A | Dividend | J | T | | | | | |
| 107. - United Technologies Stock | A | Dividend | J | T | | | | | |
| 108. - US Bancorp Stock | A | Dividend | J | T | | | | | |
| 109. - US Tips Bond | A | Interest | J | T | | | | | |
| 110. - Vanguard Emerging Mkts Fund | A | Dividend | J | T | | | | | |
| 111. - Vanguard Short Term Bond Fund | A | Interest | J | T | | | | | |
| 112. - Wells Fargo Stock | A | Dividend | J | T | | | | | |
| 113. - Wisdom Tree Emerging Debt Fund | A | Interest | J | T | | | | | |
| 114. Merrill Lynch IRA | | | | | | | | | |
| 115. - DWA Tech Leaders Fund | A | Dividend | | | Sold | 03/08/17 | J | H1 | |
| 116. - First Tr Exchg Traded Fund | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 117. - Guggenheim S&P 500 Fund | A | Dividend | K | T | | | | | |
| 118. - Health Care Select SPDR | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 119. - iShares Core U.S. Fund | A | Dividend | | | Sold | 03/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - iShares Edge MSCI Fund | A | Dividend | J | T | | | | | |
| 121.  - iShares Iboxx Bond Fund | A | Interest | J | T | Buy | 03/08/17 | J | | |
| 122.  - iShares MBS ETE Fund | A | Interest | J | T | Buy | 03/08/17 | J | | |
| 123.  - iShares MCI EAFE Fund | A | Interest | K | T | Buy | 03/08/17 | K | | |
| 124.  - iShares Nasdaq Biotech Fund | A | Dividend | K | T | Buy | 03/08/17 | K | | |
| 125.  - iShares S&P Latin America Fund | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 126.  - iShares Select Fund | A | Dividend | | | Sold | 03/08/17 | K | H1 | |
| 127.  - iShares Tips Bond Fund | A | Interest | J | T | Buy | 03/08/17 | J | | |
| 128.  - iShares 3-7 Year Treasury Bond | A | Interest | J | T | Buy | 03/08/17 | J | | |
| 129.  - iShares 7-10 Yr Treas Bond | A | Interest | | | Sold | 03/08/17 | J | | |
| 130.  - iShares U.S. Home Constr Fund | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 131.  - Materials Select Sector Fund | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 132.  - Nuveen High Yield Muni Bond Fund | A | Interest | | | Sold | 03/08/17 | J | | |
| 133.  - PIMCO Emerg Mkts Bd Fund | A | Dividend | J | T | | | | | |
| 134.  - PowerShares EM Sovereign Bond Fund | A | Interest | J | T | Buy | 03/08/17 | J | | |
| 135.  - PowerShares Preferred Bond Fund | A | Interest | J | T | Buy | 03/08/17 | J | | |
| 136.  - PowerShares QQQ Trust Fund | A | Dividend | | | Sold | 03/08/17 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Sector SPDR Energy Fund | A | Dividend | J | T | | | | | |
| 138. - Sector SPDR Industrial Fund | A | Dividend | | | Buy | 03/08/17 | J | | |
| 139. - Sector SPDR Real Estate Select Fund | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 140. - Sector SPDR Utilities Fund | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 141. - SPDR Consmrs Discretionary Fund | A | Dividend | | | Buy | 03/08/17 | J | | |
| 142. - SPDR S&P Insurance Fund | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 143. - SPDR US Dividend Aristocrats Fund | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 144. - Vanguard 500 Index Fund | A | Dividend | | | Sold | 03/08/17 | J | B | |
| 145. - Vanguard Financials ETF Fund | A | Dividend | J | T | | | | | |
| 146. - Vanguard Industrial ETF Fund | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 147. - Vanguard Information Tech Fund | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 148. - Vanguard Intermediate Term Bond Fund | A | Interest | J | T | | | | | |
| 149. - Vanguard S&P Midcap Fund | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 150. - Vanguard Short Term Bond Fund | A | Interest | | | Buy | 03/08/17 | J | | |
| 151. - Vanguard Telecom Services Fund | A | Dividend | J | | Buy | 03/08/17 | J | | |
| 152. - Vanguard Total Fund | A | Dividend | | | Sold | 03/08/17 | J | H2 | |
| 153. - Vaneck Vectors JP Bond Fund | A | Interest | J | T | Buy | 03/08/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Trust #1 Income Beneficiary | C | Distribution | M | T | | | | | |
| 155. Trust #3 Income Beneficiary | C | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 11/10/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ J. Garvan Murtha**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544